AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

Duncombe,

　　　　　　　　　　　Plaintiff,

V.

Alexander Dawson School at Rainbow Mountain, LLC et al.,

　　　　　　　　　　　Defendants.

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:07-cv-00656-ECR-LRL

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

　IT IS ORDERED AND ADJUDGED

That Plaintiff shall recover from Defendants, Alexander Dawson School at Rainbow Mountain, et al., judgment in the amount of $201,000.00 inclusive of costs and pre-judgment interest to date with each party to bear their own attorney's fees.

July 10, 2009　　　　　　　　　　　　　　　　　　　/s/ Lance S. Wilson

Date　　　　　　　　　　　　　　　　　　　　　　　Clerk

　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Erin Smith

　　　　　　　　　　　　　　　　　　　　　　　　　(By) Deputy Clerk