(SPACE BELOW FOR FILING STAMP ONLY)

**NOTC**
GORDON M. PARK, ESQ., NV Bar No. 7124
PHILIP A JOHN, ESQ., NV Bar No. 10627
**McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP**
8337 West Sunset Road, Suite 350
Las Vegas, NV 89113
Telephone: (702) 949-1100
Facsimile: (702) 949-1101

CRAIG R. ANDERSON, ESQ.
NV Bar No. 6882
**MARQUIS & AURBACH**
10001 Park Run Drive
Las Vegas, NV 89145
Telephone: (702) 382-0711
Facsimile (702) 382-5816

Attorneys for Defendants
THE ALEXANDER DAWSON SCHOOL AT RAINBOW MOUNTAIN LLC, THE BOARD OF TRUSTEES OF THE ALEXANDER DAWSON SCHOOL, THE ALEXANDER DAWSON FOUNDATION and MARIO BORINI, CHAIR, BOARD OF TRUSTEES

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| ELIZABETH ANNE DUNCOMBE,<br>　　　　Plaintiff,<br><br>vs.<br><br>THE ALEXANDER DAWSON SCHOOL AT RAINBOW MOUNTAIN LLC, and THE BOARD OF TRUSTEES OF THE ALEXANDER DAWSON SCHOOL, and THE ALEXANDER DAWSON FOUNDATION, and H. MICHAEL HUGHES, HEADMASTER, and MARIO BORINI, CHAIR, BOARD OF TRUSTEES<br>　　　　Defendants. | CASE NO.　　2:07-cv-00656-ECR-LRL<br><br>**NOTICE OF SETTLEMENT** |

34871/00051-1420574.v1

## NOTICE OF SETTLEMENT

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

PLEASE TAKE NOTICE that the parties to the above-entitled action have now fully settled their claims in this case, with an agreement that each side will bear their own fees and costs. It is expected that all settlement documents can be exchanged and this matter will be fully resolved, with a Notice of Dismissal with Prejudice filed with the Court within the next 30 days.

Dated: July 13, 2009

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

By: _____
GORDON M. PARK, ESQ.
NV Bar No. 7124
PHILIP A. JOHN, ESQ.
NV Bar No. 10627
8337 West Sunset Road, Suite 350
Las Vegas, NV 89113

CRAIG R. ANDERSON, ESQ.
NV Bar No. 6882
MARQUIS & AURBACH
10001 Park Run Drive
Las Vegas, NV 89145
Attorneys for Defendant
THE ALEXANDER DAWSON SCHOOL AT RAINBOW MOUNTAIN LLC, THE BOARD OF TRUSTEES OF THE ALEXANDER DAWSON SCHOOL, THE ALEXANDER DAWSON FOUNDATION and MARIO BORINI, CHAIR, BOARD OF TRUSTEES

## PROOF OF SERVICE

I am a resident of the State of Nevada, over the age of eighteen years, and not a party to the within action. My business address is McCormick, Barstow, Sheppard, Wayte & Carruth LLP, 8337 West Sunset Road, Suite 350, Las Vegas, Nevada 89113. On July 14, 2009, I served the within documents:

### NOTICE OF SETTLEMENT

☐ **BY FAX:** by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m. pursuant to EDCR Rule 7.26(a). A printed transmission record is attached to the file copy of this document(s).

☐ **BY HAND:** by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☒ **BY MAIL:** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Las Vegas, Nevada addressed as set forth below.

☐ **BY OVERNIGHT MAIL:** by causing document(s) to be picked up by an overnight delivery service company for delivery to the addressee(s) on the next business day.

☒ **BY ELECTRONIC SUBMISSION:** per court order, submitted electronically and to be posted to the website and notice given to all parties that the document has been served

Angela Alioto, Esq.
Murlene J. Randle, Esq.
LAW OFFICES OF JOSEPH L.
ALIOTO AND ANGELA ALIOTO
700 Montgomery Street
San Francisco, CA 94111
Telephone: (415) 434-8700
Facsimile: (415) 438-4638
Co-counsel for Plaintiff

Charles Odgers, Esq.
THE LAW OFFICES OF ODGERS
AND CHO
619 South Sixth Street
Las Vegas, NV 89101
Telephone: (702) 386-8071
Facsimile: (702) 380-8070
Co-counsel for Plaintiff

Craig R. Anderson, Esq.
MARQUIS & AURBACH
10001 Park Run Drive
Las Vegas, NV 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
Co-counsel for Defendants

Cheryl H. Wilson, Esq.
PERRY & SPANN
1710 West Charleston Boulevard
Suite 200
Las Vegas, Nevada 89102
Telephone: (702) 870-2400
Facsimile: (702) 870-8220
Counsel for Defendant
H. MICHAEL HUGHES, Ph.D

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. Executed on July 14, 2009, at Las Vegas, Nevada.

*/s/* 
An Employee of McCormick Barstow, LLP

34871/00051-1420574.v1