GORDON M. PARK, ESQ., NV Bar No. 7124
PHILIP A JOHN, ESQ., NV Bar No. 10627
**McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP**
8337 West Sunset Road, Suite 350
Las Vegas, NV 89113
Telephone: (702) 949-1100
Facsimile: (702) 949-1101

CRAIG R. ANDERSON, ESQ.
NV Bar No. 6882
**MARQUIS & AURBACH**
10001 Park Run Drive
Las Vegas, NV 89145
Telephone: (702) 382-0711
Facsimile (702) 382-5816

Attorneys for Defendants
THE ALEXANDER DAWSON SCHOOL AT RAINBOW MOUNTAIN LLC, THE BOARD OF TRUSTEES OF THE ALEXANDER DAWSON SCHOOL, THE ALEXANDER DAWSON FOUNDATION and MARIO BORINI, CHAIR, BOARD OF TRUSTEES

(SPACE BELOW FOR FILING STAMP ONLY)

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ELIZABETH ANNE DUNCOMBE,<br>Plaintiff,<br><br>vs.<br><br>THE ALEXANDER DAWSON SCHOOL AT RAINBOW MOUNTAIN LLC, and THE BOARD OF TRUSTEES OF THE ALEXANDER DAWSON SCHOOL, and THE ALEXANDER DAWSON FOUNDATION, and H. MICHAEL HUGHES, HEADMASTER, and MARIO BORINI, CHAIR, BOARD OF TRUSTEES<br><br>Defendants. | CASE NO.    2:07-cv-00656-ECR-LRL<br><br>**SATISFACTION OF JUDGMENT** |

//

//

//

34871/00051-1138452.v1

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
8337 WEST SUNSET ROAD, SUITE 350
LAS VEGAS, NV 89113

## SATISFACTION OF JUDGMENT

FOR AND IN CONSIDERATION of the sum of TWO HUNDRED AND ONE THOUSAND DOLLARS AND NO CENTS ($201,000.00) received from The Hartford, Insurance Company for DEFENDANTS, full satisfaction is hereby acknowledged on the Judgment originally entered in said action on July 10, 2009, in favor of PLAINTIFF and against DEFENDANTS for the sum therein set forth in said judgment for full satisfaction of the claim; and I do hereby authorize and direct the Clerk of the above-entitled Court to enter satisfaction of record of said Judgment.

Dated: July 29, 2009

LAW OFFICES OF JOSEPH L. ALIOTO
AND ANGELA ALIOTO

By: _____
ANGELA ALIOTO, ESQ.
JOSHUA D. BOXER, ESQ.
700 Montgomery Street
San Francisco, CA 94111
Attorney for Plaintiff
ELIZABETH ANNE DUNCOMBE

34871/00051-1138452.v1

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
8337 West Sunset Road, Suite 350
Las Vegas, NV 89113

# PROOF OF SERVICE

I am a resident of the State of Nevada, over the age of eighteen years, and not a party to the within action. My business address is McCormick, Barstow, Sheppard, Wayte & Carruth LLP, 8337 West Sunset Road, Suite 350, Las Vegas, Nevada 89113. On August 12, 2009, I served the within documents:

## SATISFACTION OF JUDGMENT

☐ **BY FAX:** by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m. pursuant to EDCR Rule 7.26(a). A printed transmission record is attached to the file copy of this document(s).

☐ **BY HAND:** by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ **BY MAIL:** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Las Vegas, Nevada addressed as set forth below.

☐ **BY OVERNIGHT MAIL:** by causing document(s) to be picked up by an overnight delivery service company for delivery to the addressee(s) on the next business day.

☒ **BY ELECTRONIC SUBMISSION:** per court order, submitted electronically and to be posted to the website and notice given to all parties that the document has been served

| | |
|---|---|
| Angela Alioto, Esq.<br>Murlene J. Randle, Esq.<br>LAW OFFICES OF JOSEPH L.<br>ALIOTO AND ANGELA ALIOTO<br>700 Montgomery Street<br>San Francisco, CA 94111<br>Telephone: (415) 434-8700<br>Facsimile: (415) 438-4638<br>Co-counsel for Plaintiff | Craig R. Anderson, Esq.<br>MARQUIS & AURBACH<br>10001 Park Run Drive<br>Las Vegas, NV 89145<br>Telephone: (702) 382-0711<br>Facsimile: (702) 382-5816<br>Co-counsel for Defendants |
| Charles Odgers, Esq.<br>THE LAW OFFICES OF ODGERS<br>AND CHO<br>619 South Sixth Street<br>Las Vegas, NV 89101<br>Telephone: (702) 386-8071<br>Facsimile: (702) 380-8070<br>Co-counsel for Plaintiff | Cheryl H. Wilson, Esq.<br>PERRY & SPANN<br>1710 West Charleston Boulevard<br>Suite 200<br>Las Vegas, Nevada 89102<br>Telephone: (702) 870-2400<br>Facsimile: (702) 870-8220<br>Counsel for Defendant<br>H. MICHAEL HUGHES, Ph.D |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. Executed on August 12, 2009, at Las Vegas, Nevada.

/s/Elizabeth Kostan
An Employee of McCormick Barstow, LLP

34871/00051-1372996.v1